CAMPBELL & WILLIAMS
Donald J. Campbell (#1216)
djc@campbellandwilliams.com
Philip R. Erwin (#11563)
perwin@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222

*Attorneys for Plaintiff*

LIONEL SAWYER & COLLINS
Samuel S. Lionel (#1766)
slionel@lionelsawyer.com
Charles H. McCrea, Jr. (#104)
cmmcrea@lionelsawyer.com
Doreen Spears Hartwell (#7525)
dhartwell@lionelsawyer.com
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-8981

Stanley Weiner (*pro hac vice*)
sweiner@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-7763

Brent D. Knight (*pro hac vice*)
bdknight@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone: (312) 269-4290

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KWAME LUANGISA,<br><br>        Plaintiff,<br><br>v.<br><br>INTERFACE OPERATIONS LLC, et al.<br><br>        Defendants. | Case No. 2:11-cv-00951-RCJ-CWH<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |

CLI-1973668v2

1

2       Plaintiff Kwame Luangisa and Defendants Interface Operations LLC, Adfam, LLC, and Sheldon G. Adelson respectfully jointly move to stay all proceedings in this action pending arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 3.

5       The parties have agreed to final and binding arbitration of all claims asserted in this case and the related cases *Burlingame, et al. v. Las Vegas Sands Corp., et al.*, Case No. 2:11-cv-00960-PMP-PAL and *Jackson, et al. v. Las Vegas Sands Corp., et al.*, Case No. 2:11-cv-01830-GMN-RJJ with Judge Lawrence R. Leavitt. Accordingly, the parties have agreed that any remaining discovery will be conducted during the arbitration process and that any discovery disputes will be addressed by Judge Leavitt. The parties have streamlined the issues to be decided by Judge Leavitt and this arbitration will be conducted expediently, with the parties' current expectation that the arbitration hearing will be conducted in the second half of June, depending on the parties' and the Arbitrator's schedule. The parties will notify the Court if there are significant changes to this anticipated timetable and/or when the arbitration proceedings are completed. Upon issuance of the award at arbitration, the parties will move for this case to be dismissed with prejudice.

17       Wherefore, for these reasons, the parties respectfully request that this Court grant the foregoing motion and stay all proceedings in this litigation pending arbitration.

**ORDER**

IT IS SO ORDERED.

*/s/ R. Jones*

Robert C. Jones
United States District Judge
Dated: May 11, 2012

CLI-1973668v2

- 2 -