CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (#1216)
djc@campbellandwilliams.com
PHILIP R. ERWIN, ESQ. (#11563)
perwin@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KWAME LUANGISA, | Case No. 2:11-cv-00951-MDD-CWH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| INTERFACE OPERATIONS, LLC, et al., | |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate that the above-captioned action may be dismissed with prejudice due to the conclusion of the final and binding arbitration of all claims asserted in this case and the related cases *Burlingame v. Las Vegas Sands Corp.*, Case No. 2:11-cv-00960-PMP-RJJ and *Jackson v. Las Vegas Sands Corp.*, Case No. 2:11-cv-01830-GMN-RJJ with Judge Lawrence R. Leavitt.  Once the Court enters the proposed Order, this matter may be closed.

1  DATED this 26th day of February, 2013.

2  CAMPBELL & WILLIAMS                    JONES DAY

3

4   /s/ Philip R. Erwin                    /s/ Stanley Weiner
    DONALD J. CAMPBELL, ESQ.               STANLEY WEINER, ESQ. (*pro hac vice*)
5   PHILIP R. ERWIN, ESQ.                  BRENT KNIGHT, ESQ. (*pro hac vice*)

6   Attorneys for Plaintiffs               Attorneys for Defendants

7
    IT IS SO ORDERED this  26th  day of February, 2013.
8

9   _____
                                           United States Judge
10

- 2 -